SECOND DISTRICT—APRIL, 1918.        515

Tremarico et al. v. Illinois Northern Utilities Co., 210 Ill. App. 515.

## J. Tremarico and Jasper Carle, Appellees, v. Illinois Northern Utilities Company, Appellant.

### Gen. No. 6,525.    (Not to be reported in full.)

Appeal from the Circuit Court of Stephenson county; the Hon. OSCAR E. HEARD, Judge, presiding. Heard in this court at the October term, 1917. Reversed with statement of facts. Opinion filed April 9, 1918.

### Statement of the Case.

Action by J. Tremarico and Jasper Carle, plaintiffs, against Illinois Northern Utilities Company, a corporation, defendant, to recover damages for injury to plaintiff's horse and wagon as the result of a collision with one of defendant's street cars. From a judgment for plaintiffs for $110.14, defendant appeals.

CRONKRITE & HUNTER and ROBERT B. MITCHELL, for appellant.

No appearance for appellees.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

STREET RAILROADS, § 131*—*when evidence shows ringing of gong of street car before reaching crossing.* In an action to recover damages for injury to plaintiff's horse and wagon in a collision at a street intersection with one of defendant's street cars, evidence *held* sufficient to show that the gong of the street car was rung more than 50 feet from the street crossing and was kept ringing until the car reached the crossing.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.